USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Karas, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LEE ANN MERCANDO and WINE HOSTESS, INC.,

        Plaintiffs,

   against

KAT ANTTONE,

        Defendant.
---------------------------------------------------------------X

STIPULATION
DISCONTINUING
ACTION

Docket No.
08 Civ. 0191 (KMK)

IT IS HEREBY STIPULATED AND AGREED by the attorneys for plaintiffs Lee Ann Mercando and Wine Hostess, Inc. that the above action is discontinued without prejudice and without costs to any party.

Dated: White Plains, New York
    February 6, 2008

So ORDERED:

_____
U.S.D.J.

dated:

COLEMAN & SEIFF

By: ALAN SEIFF (AS-7262)
11 Winslow Road
White Plains, NY 10606
914-997-7543
Attorneys for Plaintiffs
Lee Ann Mercando and Wine Hostess, Inc.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) SS:
COUNTY OF WESTCHESTER        )

**Alan Seife**, being duly sworn, deposes and says:

1. I am over the age of 18 years and am not a party to this action. My business address is 41 Winslow Road, White Plains, New York 10606.

2. On February 6, 2008, I served the annexed Stipulation Discontinuing Action by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

>   Kalani Tom
>   Defendant Pro Se
>   315 West 90th Street — Apt. 3R
>   New York, NY 10024

*[signature]*
**Alan Seife**

Sworn to before me this
6th day of February, 2008

*[signature]*
Notary Public